Clerk, U.S. District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, Tx  77208

May 12, 2011



MAY 1 6 2011

David J. Bradley, Clerk of Court

RE:  Darryl W. Riser v. U.S. Department of State
     Civil Action No. 4:09-CV-03273

Dear Clerk;

   I am writing to request that you please make available to me, a non-certified copy of the original complaint filed in the above referenced civil action on October 7, 2009, (Your docket item #1).

   I am prepared to pay reasonable costs and fees which may be incurred as a result of this request, on the condition that you will please notify me of the amount of same before you send me any requested materials.

   Your assistance, consideration and cooperation with regard to this matter will be most sincerely appreciated. Thanking you in advance, I look forward to receiving your reply in the very near future.

                                        Respectfully submitted;

                                        Stan Hunt
cc:  file                               c/o O.B. Ellis #363715
                                        1697 F.M. 980
                                        Huntsville, Tx  77343

STMC Hoast
c/o B. Ellis #363715
1697 F.M. 980
Huntsville, TX
77343

MAY 16 2011

David J. Bradley, Clerk of Court

Clerk, U.S. District Court
P.O. Bx 61010
Houston, TX
77208

77208+1010